IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LUXOTTICA GROUP, S.P.A., an Italian
Corporation,

        *Plaintiff,*

    V.

SHIMON GOLANI, individually, AND LEVI
GOLANI, individually,

        *Defendants.*

CASE NO. 4:25-CV-03379

JURY TRIAL DEMANDED

## JOINT STATUS REPORT

Pursuant to this Court's April 28, 2026, order, Plaintiff Luxottica Group, S.p.A. ("Plaintiff") and Defendant Levi Golani, individually ("Defendant"), through their respective counsel, provide the following joint status report and request that the Court extend the deadlines for mediation, the completion of discovery, including experts, and dispositive Motions.

At the earlier request of Plaintiff and under the current Scheduling Order (ECF No. 28), the deadlines for the completion of discovery and mediation, expert discovery deadline, and dispositive motions deadlines were set as follows:

| | |
|---|---|
| April 13, 2026, | Close of fact discovery; mediation |
| April 20, 2026 | Expert discovery closes |
| April 24, 2026 | Deadline to file dispositive Motions |

Prior to these dates, the parties (through Defendant's initial counsel) had conducted third-party discovery related to the online marketplaces at issue and participated in the informal exchange of information in an effort to reach an early resolution. Then, on February 27, 2026, Defendant's

prior counsel moved to withdraw as counsel so that Defendant's current counsel could be substituted in (ECF No. 27). Due to this transition, the intended deposition of Defendant Shimon Golani (originally noticed for March 9, 2026) was delayed to March 24, 2026. On March 23, 2026—the day before Shimon Golani's deposition—Plaintiff's counsel received a Notice of Bankruptcy specific to Shimon Golani, subjecting this matter to an automatic stay. Defendants' counsel filed the Suggestion of Bankruptcy with the Court on April 3, 2026 (ECF No. 30). On that same date, the Court entered an order that on or before April 17, 2026, Defendant Levi Golani show cause why the instant matter should not proceed as to him, individually (ECF No. 31). No response was offered by Defendant Levi Golani, resulting in the Court's Order of April 28, 2026, requesting a joint status report specifically regarding the pretrial deadlines and docket call.

In light of these facts, which have precluded the Parties from completing discovery, participating in mediation, and submitting any dispositive motion, the Parties respectfully request that those deadlines be extended as follows:

| | |
|---|---|
| July 1, 2026, | Close of fact discovery; mediation |
| July 15, 2026, | Expert discovery closes |
| August 19, 2026, | Deadline to file dispositive Motions |

Dated: May 5, 2026                          Respectfully submitted,

/s/ Mandi M. Phillips

Darin M. Klemchuk
Texas Bar No. 24002418
Southern District Bar No. 23662
darin.klemchuk@klemchuk.com
Mandi M. Phillips
Texas Bar No. 24036117
Southern District Bar No. 719126
mandi.phillips@klemchuk.com
Brian Casper
Texas Bar No. 24075563
Southern District Bar No. 3075904
brian.casper@klemchuk.com
Zachary Tiritilli
Texas Bar No. 24144125
Southern District Bar No. 3922045
zach.tiritilli@klemchuk.com
**KLEMCHUK PLLC**
8150 N. Central Expressway, 10th Fl
Dallas, Texas 75206
Tel: (214) 367-6000
Fax: (214) 367-6001
**ATTORNEYS FOR PLAINTIFF**
**LUXOTTICA GROUP S.P.A**

ADAIR MYERS STEVENSON YAGI, PLLC
By: /s/ Christopher A. Stevenson
Christopher A. Stevenson
State Bar No. 24056381
24 Greenway Plaza, Suite 1305
Houston, Texas 77046
Phone: (713) 522-2270
Fax: (713) 522-3322
**ATTORNEYS FOR DEFENDANT**
**SHIMON GOLANI**

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 5, 2026, the foregoing was filed electronically with the Clerk of the Court via the CM/ECF system, which will deliver electronic notification to all registered counsel of record.

*/s/ Mandi M. Phillips*
Mandi M. Phillips
